IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO - DENVER DIVISION

| | |
|---|---|
| Samuel Daniel Bojorquez Orozco, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-100 |
| | ) |
| M2 Concrete and Excavating Inc. | ) |
| | ) |
| Defendants. | ) |

## Notice of Voluntary Dismissal

**Now come** Plaintiff Samuel Daniel Bojorquez Orozco, and hereby dismisses this case and Defendants M2 Concrete and Excavating Inc., without prejudice; each party to bear their own costs.

s/   James M. Dore

**Justicia Laboral LLC**
**James M. Dore (IL Bar # 6296265)**
*Attorneys for Plaintiffs*
6232 N. Pulaski Road, Suite 300
Chicago, IL 60646
P: 773-415-4898
E: jdore@justicialaboral.com